IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : |
| | : Case No. 5:20-cr-00047-TES-CHW-1 |
| **ALVIN BERNARD DUNN,** | : |
| | : |
| Defendant. | : |
| | : |

### ORDER

Alvin Bernard Dunn moves for a free copy of his sentencing transcript to assist in his pursuit of post-conviction relief. (Doc. 51). Title 28 U.S.C. § 753(f) authorizes the provision of transcripts where "needed to decide the issue presented by the suit," and where the suit is "not frivolous." *See United States v. MacCollom*, 426 U.S. 317, 320 (1976).

Dunn has not yet filed a Section 2255 motion and gives no indication of the claims that he would seek to present in such a motion. Accordingly, Dunn is not entitled to a free copy of his sentencing transcript, and his motion is **DENIED**.

**SO ORDERED**, this 12th day of October, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge